Jesse Froehling
BASTION LAW
415 Higgins Ave.
Missoula, MT 59802
jesse@bastion.law
ph: 206-274-9380
Attorney for Plaintiff Harris

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| KENNETH HARRIS, individually<br><br>Plaintiff,<br><br>vs.<br><br>DAVID KNOLL AND NORTHLAND MANUFACTURING, INC., et al<br><br>Defendants. | No.<br><br>COMPLAINT AND DEMAND FOR JURY TRIAL |

Comes now Plaintiff, Kenneth Harris, by and through his attorney and alleges for his Complaint against the Defendants as follows:

**PARTIES**

1.1   Plaintiff Kenneth Harris has been a resident of Battle Ground, Clark County, Washington during all times relevant to this action.

1.2   Defendant David Knoll has been a resident of Kalispell, Flathead County,

Complaint and Demand For Jury Trial - Page 1
Case No.

BASTION LAW
113 Cherry St. PMB 97380
Seattle, WA 98104
P: 206-274-9380
F: 206-752-3314

Montana during all times relevant to this action.

1.3     Defendant Northland Manufacturing is a Montana for profit corporation with its principal place of business in Kalispell, Flathead County, Montana.

## JURISDICTION AND VENUE

2.1     The amount in controversy exceeds $75,000.

2.2     This Court has jurisdiction pursuant to 28 U.S.C. § 1332 (Diversity of Citizenship).

2.3     Venue is proper under 28 U.S.C. § 1391(b) because Defendants reside within the Missoula Division of the District of Montana, they regularly transact business within the Missoula Division and the subject motor vehicle collision occurred within the Missoula Division of the District of Montana.

## FACTS OF CLAIM

3.1     On August 16, 2020, in Flathead County, Montana. Plaintiff Kenneth Harris (hereinafter "Plaintiff Harris") was traveling northbound on Highway 93 driving a 2017 Chevrolet Suburban, when he brought his vehicle to a stop behind another vehicle, which stopped to make a sharp turn onto a road intersecting the highway. Bridger Thompson, who was driving a 2009 Dodge Ram pickup following immediately behind Plaintiff Harris, brought his vehicle to a safe stop

Complaint and Demand For Jury Trial - Page 2
Case No.

BASTION LAW
113 Cherry St. PMB 97380
Seattle, WA 98104
P: 206-274-9380
F: 206-752-3314

behind Plaintiff Harris. Defendant David Knoll (hereinafter "Defendant Knoll"), who is the owner of Defendant Northland Manufacturing, Inc., and who was driving his company vehicle, a 2017 Dodge Ram 1500 pickup, and was returning from a business meeting, failed to observe and/or react to the line of traffic stopped in front of him and slammed his vehicle into the rear of Thompsons's Dodge Ram pickup slamming it into Plaintiff Harris's Chevrolet Suburban, extensively damaging Plaintiff Harris's vehicle and causing injuries to Plaintiff Harris.

## FIRST CAUSE OF ACTION
### (COMMON LAW NEGLIGENCE)

4.1   Plaintiff Harris realleges paragraphs 1.1 through 3.1 above and incorporates the same herein.

4.2   The above-described August 16, 2020 collision was caused by the negligence of Defendant Knoll in the following particulars:

(a) Following other vehicles more closely than is reasonable and prudent having due regard for the speed of the vehicle and the traffic upon and the condition of the roadway;

(b) Failing to maintain a proper lookout;

(c)  Unduly endangering the life, limb, and property of other persons entitle to the use of the highway;

(d) Failing to use reasonable care in the operation of his vehicle.

Complaint and Demand For Jury Trial - Page 3
Case No.


BASTION LAW
113 Cherry St. PMB 97380
Seattle, WA 98104
P: 206-274-9380
F: 206-752-3314

4.3    At the time of the subject collision of August 19, 2020, Defendant Knoll was returning from a meeting where he was representing his principal, Defendant Northland Manufacturing, Inc, and was in the course and scope of his employment with Defendant Northland Manufacturing, Inc., who was the registered owner of the 2017 Dodge Ram 1500 pickup Defendant Knoll was driving at the time of the subject collision of August 19, 2020.

4.4    As a direct and proximate cause of the negligence of Defendant Knoll, Plaintiff Harris suffered numerous injuries, which include a dissection of his internal carotid artery causing left leg neuropathy, weakness and foot drop; an annular tear at L5-S1; and vision dysfunction.

4.5    As a direct and proximate cause of the negligence of Defendant Knoll, Plaintiff Harris has incurred medical expenses that exceed $432,000 and has incurred lost wages that exceed $115,000. Plaintiff Harris will continue to incur future medical expenses and wage loss and an impairment of future earnings.

4.6    As a direct and proximate cause of the negligence of Defendant Knoll, Plaintiff Harris has incurred pain, suffering, inconvenience, emotional harm, disability and will continue to suffer such harm in the future, all to his noneconomic damage in an amount to be determined by a jury.

## SECOND CAUSE OF ACTION
### (NEGLIGENCE *PER SE*)

Complaint and Demand For Jury Trial - Page 4
Case No.

BASTION LAW
113 Cherry St. PMB 97380
Seattle, WA 98104
P: 206-274-9380
F: 206-752-3314

5.1    Plaintiff Harris realleges paragraphs 1.1 through 4.6 above and incorporates the same herein.

5.2    Defendants were negligent *per se* in violating the following Montana statutes:

**MCA 61-8-302 Careless Driving**

(1)    A person operating or driving a vehicle on a public highway shall drive in a careful and prudent manner that does not unduly or unreasonably endanger the life, limb, property, or other rights of a person entitled to use the highway.

**MCA 61-8-303(3) Speed Restrictions**

. . .

(2) …[A] person shall operate a vehicle in a careful and prudent manner at a reduced speed no greater than is reasonable and prudent under the condition existing at the point of operations, taking in to account the amount and character of traffic, visibility, weather, and roadway conditions.

**MCA 61-8-329 Following Too Closely**

(1)    The driver of a motor vehicle may not follow another vehicle more closely than is reasonable and prudent, having due regard

Complaint and Demand For Jury Trial - Page 5
Case No.

BASTION LAW
113 Cherry St. PMB 97380
Seattle, WA 98104
P: 206-274-9380
F: 206-752-3314

for the speed of the vehicle and the traffic upon and the conditions of the roadway.

## JURY DEMAND

6.1   Plaintiff Harris requests a trial by jury on all issues so triable, including his economic and noneconomic damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Harris prays for judgment against the Defendants, in the amount of his economic and noneconomic damages to be determined at trial, for an award of prejudgment interest on all medical and out of pocket expenses proximately caused by Defendants' negligence, together with his taxable costs and such further relief as determined by the Court

Dated this July 25, 2023.

_____
Jesse Froehling
Attorney for Plaintiff

Complaint and Demand For Jury Trial - Page 6
Case No.



BASTION LAW
113 Cherry St. PMB 97380
Seattle, WA 98104
P: 206-274-9380
F: 206-752-3314