IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KENNETH HARRIS, | CV 23–87–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| DAVID KNOLL AND NORTHLAND MANUFACTURING, | |
| Defendants. | |

Plaintiff Kenneth Harris moves for the admission of Gregory E. Price to practice before this Court in this case with Jesse Froehling to act as local counsel. Mr. Price's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiff's motion to admit Gregory E. Price *pro hac vice* (Doc. 12) is GRANTED on the condition that *pro hac* counsel shall do his or her own work. This means that *pro hac* counsel must do his or her own writing; sign his or her own pleadings, motions, and briefs; and appear and participate personally. Use of generative AI drafting programs, such as Chat GPT, is prohibited. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless *pro hac* counsel, within fifteen (15) days of the date of this Order, files a notice acknowledging counsel's admission under the terms set forth above. In that notice, counsel shall also designate a single attorney with the authority to make any and all decisions related to the administration of this case as the primary point of contact for the opposing party.

DATED this 11th day of October, 2023.

_____
Donald W. Molloy, District Judge
United States District Court