IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KENNETH HARRIS, | CV 23-87-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| DAVID KNOLL and NORTHLAND MANUFACTURING, INC., | |
| Defendants. | |

Pursuant to the parties' stipulation, (Doc. 42), and this Court's May 30, 2024 Order, (Doc. 35),

IT IS ORDERED that Plaintiff Kenneth Harris undergo a Rule 35 medical examination with Donna C. Wicher, Ph.D at the following date, time, and location:

Wednesday, July 17, 2024, from 9:00 a.m. to 5:00 p.m.

MedConnect Pro
16100 NW Cornell Rd., Suite 100
Beaverton, OR 97006

DATED this 10th day of June, 2024.

Donald W. Molloy, District Judge
United States District Court