IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KENNETH HARRIS, | CV 23-87-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| DAVID KNOLL and NORTHLAND MANUFACTURING, INC., | |
| Defendants. | |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot. The jury trial set for October 15, 2024, is VACATED.

1

IT IS FURTHER ORDERED that the June 10, 2024 Order compelling Plaintiff Kenneth Harris to undergo a Rule 35 examination (Doc. 43) is MOOT.

DATED this 27th day of June, 2024.

                                                                                                *[signature]*

Donald W. Molloy, District Judge
United States District Court