IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KENNETH HARRIS,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID KNOLL and NORTHLAND MANUFACTURING, INC.,<br><br>Defendants. | CV 23-87-M-DWM<br><br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 9th day of July, 2024.

_____
Donald W. Molloy, District Judge
United States District Court